UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA, individually, and on behalf
of all others similarly situated,

                        Plaintiff,

            - against -

LITTLE BEAN, LLC,

                        Defendant.

**ORDER OF DISMISSAL**

22 Civ. 969 (PGG) (BCM)

PAUL G. GARDEPHE, U.S.D.J.:

            The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within forty-five days of this order, either party may apply by letter within the forty-five-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned sine die, and any pending motions are moot.

Dated:  New York, New York
        June 1, 2022

                        SO ORDERED.

                        _____
                        Paul G. Gardephe
                        United States District Judge